IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEANNA THOMAS, | § | |
| | § | |
| *Plaintiff,* | § | SA-19-CV-01418-DAE |
| | § | |
| vs. | § | |
| | § | |
| GENERAL MOTORS FINANCIAL | § | |
| COMPANY, INC.,  PRG RECOVERY & | § | |
| HOLDINGS, LLC,  AMERICREDIT | § | |
| FINANCIAL SERVICES, INC., | § | |
| PATRICK K. WILLIS COMPANY, INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Counsel's Motion to Withdraw as Counsel [#74], which was referred to the undersigned for disposition on March 1, 2021.  By his motion, Russell S. Thompson, IV, counsel for Plaintiff Deanna Thomas, moves for leave to withdraw because Plaintiff has requested that he cease the representation.  Counsel requests that the Court stay these proceedings for 90 days to allow Plaintiff to obtain substitute counsel.  Counsel's motion indicates that Defendants do not oppose the motion to withdraw but believe the 90-day stay is unwarranted.

Having considered the motion and record in this cause, the Court will grant the motion to withdraw but deny the request for a 90-day stay.  Instead, the Court will extend the dispositive motions deadline by 60 days and direct Plaintiff to either find new counsel or file an advisory with the Court indicating her intent to proceed *pro se* in this action within 60 days.

**IT IS THEREFORE ORDERED** that Plaintiff's Counsel's Motion to Withdraw as Counsel [#74] is **GRANTED**.

1

**IT IS FURTHER ORDERED** that Russell S. Thompson, IV, is withdrawn as counsel for Plaintiff.

**IT IS FURTHER ORDERED** that the deadline to file dispositive motions is extended to **June 4, 2021**.

**IT IS FURTHER ORDERED** that Plaintiff either retain new counsel or file an advisory with the Court indicating her intent to proceed *pro se* in this action within 60 days (on or before **May 3, 2021**).

**IT IS FURTHER ORDERED** that Mr. Thompson confirm that the Court has Plaintiff's current contact information and a valid email address on file.  Mr. Thompson is directed to prepare a copy of the case file and send it to Plaintiff within **one week** of this Order.

**IT IS FINALLY ORDERED** that, if Plaintiff chooses to represent herself in this case, that she familiarize herself with the following resources to assist her in prosecuting her case:

- The Federal Rules of Civil Procedure, available at: www.uscourts.gov/file/rules-civil-procedure

- This Court's Local Rules, available at https://www.txwd.uscourts.gov/court-information/lcr-civil-rules/

- The "Complete Pro Se Manual" which is available on the Court's website at: https://www.txwd.uscourts.gov/filing-without-an-attorney/.

Although *pro se* litigants are held to a less stringent standard, they are nevertheless required to follow the rules that govern all litigants in federal court.  *Grant v. Cuellar*, 59 F.3d 524, 524 (5th Cir. 1995).  These rules include but are not limited to the rules and Court orders regarding conference with opposing counsel, following deadlines imposed by the rules and the Court's Scheduling Order, observing the response times for non-dispositive and dispositive motions as set forth in Local Rule CV-7(e), and keeping the Court updated with a current address to ensure all filings are received.

**IT IS SO ORDERED.**

SIGNED this 3rd day of March, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE